**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6562**

---

JAMIE RAY FURLOUGH,

                    Plaintiff - Appellant,

          versus


D. A. GARRAGHTY, Warden; RUFUS FLEMING,
Regional Director; G. P. WILLIAMS, Associate
Warden; MS. MILLARD, Associate Warden; P. A.
EDGE, Warden's Designee; D. TRENT, Lieutenant,
Housing Unit Manager; MS. BIGGS; M. MCKRINS-
TRY, Law Library Supervisor; COMMONWEALTH OF
VIRGINIA,

                    Defendants - Appellees,

          and


L. ADAMS, Law Library Official; JANE DOE; JOHN
DOE,

                    Defendants.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-98-322)

---

Submitted:  January 18, 2000          Decided:  February 7, 2000

---

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Jamie Ray Furlough, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jamie Ray Furlough appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Furlough v. Garraghty, No. CA-98-322 (E.D. Va. Mar. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2